IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES J. NAPLES, Assignee of Pinewood Enterprises | | APPELLANT |
| v. | Nos. 4:13-cv-499-DPM & 4:13-cv-547-DPM | |
| RENEE S. WILLIAMS, Chapter 7 Trustee, LHSW and MICHAEL E. COLLINS, Chapter 11 Trustee | | APPELLEES |

and

| | | |
|---|---|---|
| JAMES J. NAPLES, Assignee of Pinewood Enterprises | | APPELLANT |
| v. | No. 4:13-cv-667-DPM | |
| RENEE S. WILLIAMS, Chapter 7 Trustee, LHSW; UNITED STATES TRUSTEE; and MICHAEL E. COLLINS, Chapter 11 Trustee | | APPELLEES |

and

| | | |
|---|---|---|
| A.K. TENNESSEE IRREVOCABLE TRUST; KIMBRO STEPHENS INSURANCE TRUST; DAVID KIMBRO STEPHENS, Individually and on behalf of all the equitable beneficiaries of the Kimbro Stephens Insurance Trust and the A.K. Tennessee Irrevocable Trust | | APPELLANTS |
| v. | No. 4:13-cv-670-DPM | |
| RENEE S. WILLIAMS; MICHAEL E. COLLINS; UNITED STATES TRUSTEE; LIVING HOPE INSTITUTE, INC.; ESTATE OF WANDA J. STEPHENS, a/k/a Wanda J. Stephens; and JAMES J. NAPLES | | APPELLEES |

                        and

| | |
|---|---|
| GREG STEPHENS, as personal representative of the Estate of Wanda Stephens | APPELLANT |
| v.                No. 4:13-cv-723-DPM | |
| RENEE S. WILLIAMS, Chapter 7 Trustee, LHSW; MICHAEL E. COLLINS, Chapter 11 Trustee; JAMES J. NAPLES, Assignee of Pinewood Enterprises, LC; UNITED STATES TRUSTEE; LIVING HOPE INSTITUTE INC.; AK TENNESSEE IRREVOCABLE TRUST; KIMBRO STEPHENS INSURANCE TRUST; and DAVID KIMBRO STEPHENS, Individually and on behalf of the AK Tennessee Irrevocable Trust, the Kimbro Stephens Insurance Trust, and their equitable beneficiaries | APPELLEES |

### ORDER

Naples's emergency motion, № 30, is remanded. Judge Evans, who is much more familiar with this long-running and complex case, should complete her Order and address this motion first. FED. R. BANKR. P. 8005 & 8011(d).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 February 2014

-2-