IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES J. NAPLES, Assignee of Pinewood
Enterprises and GREG STEPHENS     APPELLANTS

v.     No. 4:13-cv-499-DPM

RENEE S. WILLIAMS, Chapter 7 Trustee,
LHSW; MICHAEL E. COLLINS, Chapter 11
Trustee; ESTATE OF WANDA J. STEPHENS;
DAVID KIMBRO STEPHENS, Individually
and on behalf of the AK Tennessee Irrevocable
Trust, the Kimbro Stephens Insurance Trust,
and their equitable beneficiaries; AK
TENNESSEE IRREVOCABLE TRUST;
UNITED STATES TRUSTEE; KIMBRO
STEPHENS INSURANCE TRUST; and
LIVING HOPE INSTITUTE INC.     APPELLEES

and

JAMES J. NAPLES, as Assignee of
Pinewood Enterprises L.C.     APPELLANT

v.     No. 4:14-cv-201-DPM

RENEE S. WILLIAMS, Chapter 7
Trustee and MICHAEL E.
COLLINS, Chapter 11 Trustee     APPELLEES

ORDER

This case is consolidated with the lead case, No. 4:13-cv-499, and all the others. The Court is working on the motions to dismiss.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*11 July 2014*